The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

ANGEL SANDOVAL MONDRAGON,
MARBELLA SANDOVAL MONDRAGON,
MIGUEL ARCEF-FLORES, and
MONICA ARCEF-FLORES,

               Defendants.

NO. CR15-386 JLR

GOVERNMENT'S MOTION TO SEAL

*Noting Date:  December 18, 2015*

The United States of America, by and through Annette L. Hayes, United States

Attorney for the Western District of Washington, and Catherine L. Crisham, Assistant

United States Attorney for said district, files this Motion to Seal.

      The government requests that the Government's Supplemental Brief in Support of

Motion for Detention, in the above-captioned matter, which will be filed under seal

subsequent to the filing of this motion, be allowed to remain under seal as it contains

sensitive information.

//

//

1    DATED this 10th day of December, 2015.

2                                    Respectfully Submitted,

3                                    ANNETTE L. HAYES
                                     United States Attorney
4

5

6                                    *s/ Catherine Crisham*
7                                    CATHERINE L. CRISHAM
                                     Assistant United States Attorney
8                                    700 Stewart Street, Suite 5220
9                                    Seattle, WA  98101-1271
                                     Telephone:    206-553-7970
10                                   Fax:           206-553-0755
11                                   E-mail:        catherine.crisham@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).


*s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-5127
Fax: 206-553-0755
E-mail: rebecca.eaton@usdoj.gov

Government's Motion to Seal
United States v. Sandoval Mondragon et. al.; CR15-386 JLR  - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970